

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUAN ANTONIO GONZALEZ, | § | No. 08-14-00293-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D05048) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's sixth motion for extension of time to file the brief until **December 16, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **December 16, 2015.**

IT IS SO ORDERED this 17th day of November, 2015.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.